NACHOD et al., Respondents, v. PERRY KNITTING CO., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 10, 1906.) Action by Friederich Nachod and others against the Perry Knitting Company.

PER CURIAM. Order modified, so as to limit the examination of the witnesses named in said order solely to the delivery to the defendant and receipt by it from the James Freeman Brown Company of the goods and merchandise mentioned in the complaint in this action, and to require the production on said examination of only such books and papers as bear upon the question as to which such examination is hereby

limited; and, as thus modified, said order is affirmed, without costs.